# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Paul Beaton,

Petitioner,

v.

Luis Rosa, Jr., in his official capacity as Field Office Director for U.S. Immigration and Customs Enforcement,

Respondent.

No. CV 26-01665 PHX JJT (CDB)

**REPORT AND RECOMMENDATION**

**TO THE HONORABLE JOHN J. TUCHI:**

Petitioner, a native and citizen of the United Kingdom, filed a § 2241 petition on March 11, 2026, while he was detained at the Central Arizona Florence Correctional Complex. In the habeas petition Petitioner sought release from detention. Respondents answered the petition on April 10, 2026, averring Petitioner was not entitled to relief. (ECF No. 16). Petitioner filed a reply on April 20, 2026, providing his address as the Florence Correctional Center. (ECF No. 19). On July 16, 2026, in response to an order of the Court, Respondents advised that Petitioner has been released from ICE custody and is no longer detained by the Department of Homeland Security. (ECF No. 22). Accordingly,

**IT IS RECOMMENDED that** the Court issue an order denying the petition at ECF No. 1, and Petitioner's motions at ECF No. 8 and ECF No. 13 as **moot**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment. Rule

72(b), Federal Rules of Civil Procedure, provides that the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Pursuant to Rule 7.2(e)(3) of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 17th day of July, 2026.

_____
Camille D. Bibles
United States Magistrate Judge