**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul Beaton, | No. CV-26-01665-PHX-JJT (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| John E. Cantu, | |
| Respondent. | |

The Court has reviewed the Report and Recommendation (Doc. 23, "R&R") entered in this matter today, July 17, 2026, by United States Magistrate Judge Camille D. Bibles, recommending that the Court deny as moot the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241 filed by Petitioner Beaton in this matter (Doc. 1). It also has reviewed Respondent's Notice of Compliance (Doc. 22) filed yesterday, advising that Petitioner has been released from ICE custody and is no longer detained by DHS; the Notice appears to indicate Petitioner has been released for some time. Petitioner has received the relief he sought in his Petition. The Petition is now moot, as are any pending motions.

**IT IS ORDERED** adopting the R&R (Doc. 23).

**IT IS FURTHER ORDERED** dismissing as moot the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241 (Doc. 1).

**IT IS FURTHER ORDERED** denying as moot Petitioner's Motion for Temporary Restraining Order (Doc. 8) and Emergency Motion to Expedite Consideration (Doc. 13).

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter.

Dated this 17th day of July, 2026.

Honorable John J. Tuchi
United States District Judge